| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Edgar, R Allan | 2. Court or Organization Western District of Michigan | 3. Date of Report 4/30/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
202 W. Washington Street, Ste. 229
Marquette, MI 49855

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | TRUST #1 |
| 2. | Trustee | TRUST #2 |
| 3. | Director | L.G. Kaufman Foundation |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, RAllan | 4/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Tennessee Consolidated Retirement System | $3,986.88 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FSG Bank-Chattanooga, TN, TRUSTEE SELF-DIRECTED IRA: | | | | | | | | | |
| 2. - Vanguard Windsor II Fund | B | Dividend | L | T | | | | | |
| 3. - Harbor International Fund | C | Dividend | M | T | | | | | |
| 4. - T Row Price New Era Fund | B | Dividend | M | T | | | | | |
| 5. - Harbor Capital App. Fund | A | Dividend | L | T | | | | | |
| 6. - Vanguard Mid-Cap Index Fund | A | Dividend | M | T | | | | | |
| 7. - CGM Realty Fund | A | Dividend | L | T | | | | | |
| 8. - 1 Shares MSCI Pacific Ex Japan Fund | B | Dividend | K | T | | | | | |
| 9. - Fidelity Value Fund | | None | | | Sold | 1/20/12 | K | A | |
| 10. - Fidelity Contrafund | A | Dividend | L | T | | | | | |
| 11. - Fidelity Fifty Fund | A | Dividend | K | T | Sold (part) | 8/13/12 | J | | |
| 12. - Macquarrie Infrastructure Co. Trust | A | Dividend | J | T | | | | | |
| 13. I-Shares Brazil Index Fd | A | Dividend | J | T | | | | | |
| 14. IBM Corp. 7.62% Bond | B | Interest | K | T | | | | | |
| 15. Federated Prime Oblig Money Fund | A | Interest | K | T | | | | | |
| 16. Cabot Corp. 5% Bond | B | Interest | K | T | | | | | |
| 17. FedEx Corp. 8% Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, RAllan | 4/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Roche Holding 7% Bond | B | Interest | K | T | | | | | |
| 19. Conoco Phillips 5.75% Bond | B | Interest | K | T | | | | | |
| 20. U.S. Treasury 3.375% note | B | Interest | L | T | | | | | |
| 21. Canadian Govt 2% Bond | A | Interest | | | Sold | 4/19/12 | L | A | |
| 22. Oakmark Equity Inc. Fund | A | Dividend | K | T | | | | | |
| 23. U.S. Treasury 3.125% Note | B | Interest | L | T | | | | | |
| 24. U.S. Treasury 4.375% Note | B | Interest | L | T | | | | | |
| 25. Alerian MLP Fund | A | Dividend | K | T | Buy | 1/11/12 | K | | |
| 26. I Shares DJ US Regional Banks Fund | A | Dividend | K | T | Buy | 1/11/12 | K | | |
| 27. Canadian Gov't Bond 2.00% | A | Interest | L | T | Buy | 4/19/12 | L | | |
| 28. IRA No. 2 | | | | | | | | | |
| 29. Fidelity Cash Reserves Fund | A | Interest | J | T | | | | | |
| 30. Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 31. Spartan Total Market Index Fund | A | Dividend | K | T | | | | | |
| 32. Fidelity Div. Int'l Fund | A | Dividend | J | T | | | | | |
| 33. Fidelity Balanced Fund | A | Dividend | J | T | | | | | |
| 34. Fidelity Short Term Bond Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, RAllan | 4/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Fidelity Strategic Inc. Fd | A | Dividend | J | T | | | | | |
| 36.   Fidelity Dividend Growth Fd | A | Dividend | J | T | | | | | |
| 37.   Fidelity Strategic Dividend and Income | A | Dividend | J | T | | | | | |
| 38.   TIAA-CREF Retirement Fund | A | Dividend | L | T | | | | | |
| 39.   TRUST #1: | | | | | | | | | |
| 40.   - Fidelity Municipal Money Market Fund | A | Dividend | K | T | | | | | |
| 41.   - Gen Motors Acc 7.75% | A | None | | | Redeemed | 1/11/12 | J | | |
| 42.   - Lehman Bros 6.625% | | None | | | Redeemed | 10/1/12 | J | | |
| 43.   - General Electric Cap 6% | A | Interest | | | Redeemed | 6/15/12 | J | | |
| 44.   - Bank of America 4.875% | A | Interest | | | Redeemed | 9/15/12 | J | | |
| 45.   - Boise Cascade 7.35% | A | Interest | J | T | | | | | |
| 46.   - U S Treasury 8.125% | A | Interest | J | T | | | | | |
| 47.   - WalMart 7.55% | B | Interest | K | T | | | | | |
| 48.   - Spartan Total market Index Fund | C | Dividend | M | T | | | | | |
| 49.   - Fidelity Div Int'l Fund | A | Dividend | K | T | | | | | |
| 50.   - Fidelity 500 Index Fund | A | Dividend | K | T | | | | | |
| 51.   - Fidelity Mega Cap Fd | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, RAllan | 4/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Barclays Bk Del. 2.8% CD | C | Interest | L | T | | | | | |
| 53. I-Shares- Russell 2000 Index Fd | A | Dividend | K | T | | | | | |
| 54. Fidelity High Income Fd | B | Dividend | K | T | | | | | |
| 55. 1st Financial Bank S. Dakota CD | A | Interest | K | T | | | | | |
| 56. Fidelity Total Bond Fund | A | Interest | J | T | Buy | 1/17/12 | J | | |
| 57. Fidelity Strategic Dividend & Income Fund | A | Interest | K | T | Buy | 1/17/12 | K | | |
| 58. TRUST #2 | | | | | | | | | |
| 59. - Vanguard Total Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 60. - Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 61. - Vanguard Short Term Bond Index Fund | A | Dividend | J | T | | | | | |
| 62. - T Rowe Price New Era Fund | A | Dividend | K | T | | | | | |
| 63. - Vanguard Mid-Cap Index Fd | A | Dividend | J | T | | | | | |
| 64. - Vanguard Dividend Growth Fd | A | Dividend | J | T | | | | | |
| 65. John Hancock Universal Life Insurance | B | Interest | K | T | | | | | |
| 66. SunTrust Bank-Accounts | A | Interest | K | T | | | | | |
| 67. Peninsula Bank-Account (X) | A | Interest | K | T | | | | | |
| 68. Brokerage Account | C | Dividend | L | T | Buy | 1/30/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, RAllan | 4/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Nuveen Municipal Value Fund | | | | | | | | | |
| 70. I Shares DJ Select Div Index Fd | B | Dividend | K | T | Buy | 1/30/12 | K | | |
| 71. I Shares Russell 1000 Growth Index Fund | A | Dividend | K | T | Buy | 1/30/12 | K | | |
| 72. I Shares S & P Small Cap 600 Index Fd | A | Dividend | J | T | Buy | 1/30/12 | J | | |
| 73. I Shares I Boxx High Yield Bond Fd | A | Dividend | J | T | Buy | 1/30/12 | J | | |
| 74. I SharesMSCI EAFE Growth Index Fund | A | Dividend | K | T | Buy | 1/30/12 | K | | |
| 75. I Shares S & P Short Term Municipal Bond Fund | A | Dividend | J | T | Buy | 1/30/12 | J | | |
| 76. I Shares Cohen & Steers Realty Index Fund | A | Dividend | J | T | Buy | 1/30/12 | J | | |
| 77. SPDR S & P Midcap 400 Fund | A | Dividend | J | T | Buy | 1/30/12 | J | | |
| 78. SPDR Barclays International Treasury Bond ETF | A | Dividend | J | T | Buy | 1/30/12 | J | | |
| 79. Vanguard Large Cap ETF | A | Dividend | K | T | Buy | 1/30/12 | K | | |
| 80. Wisdomtree Emerging Market Fund | A | Dividend | J | T | Buy | 1/30/12 | J | | |
| 81. I Shares 7-10 Year Treasury Bond ETF | A | Dividend | J | T | Buy | 1/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, RAllan | 4/30/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parts I and VII --

The listed trusts are [      ] trusts for the benefit of a member [          ]
I am Co-Trustee of TRUST #1, and Trustee of TRUST #2.

Part VII

Item #30 on previous report was listed under FSG Bank - Chattanooga, TN, TRUSTEE SELF DIRECTED IRA in error. That item appears as Item #55 in this report.

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, RAllan | 4/30/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RAllan Edgar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544